# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DONALD SILVA, JR.                              NO.  2020 CW 0806

VERSUS

OAK POINTE, LLC, TIMOTHY
FANGUY AND WESTERN WORLD
INSURANCE COMPANY                         **OCTOBER 26, 2020**

---

In Re:    Oak Pointe, LLC, Timothy Fanguy and Western World
          Insurance Company, applying for supervisory writs,
          32nd Judicial District Court, Parish of Terrebonne,
          No. 178031.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT